BRADLEY D. BLAKELEY (SBN 189756)
E-Mail: bblakeley@blakeleyllp.com
DAVID M. MANNION (SBN 288627)
E-Mail: dmannion@blakeleyllp.com
BLAKELEY & BLAKELEY LLP
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Attorneys for Plaintiff,
EXPORT DEVELOPMENT CANADA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, | Case No.: 5:14-cv-00174-JAK-SH |
| Plaintiff, | Assigned to Hon. John A. Kronstadt |
| v. | **DECLARATION OF RYAN CLARK IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| CMV ELECTRIC, INC. | Judge: Hon. John A. Kronstadt |
| Defendant. | Date: April 21, 2014 |
| | Time: 8:30 a.m. |
| | Place: 750 – 7th Floor |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

DECLARATION OF RYAN CLARK

I, Ryan Clark, hereby declare:

1.     I am over eighteen years old.  The following facts are within my own personal knowledge and if called upon to testify, I could and would competently testify thereto.  This Declaration is respectfully submitted in support of EDC's[1] motion for default judgment against CMV.

2.     I am a Debt Services Manager in the Claims and Recoveries Department of EDC.  EDC is a Canadian Crown corporation established by the Canadian Export Development Act of 1985.  Its headquarters are located in Canada.

3.     On or about January 27, 2012, CMV issued purchase order number 3690-354 to non-party International (the "P.O.").  A true and correct copy of the P.O. is attached as Exhibit 1 to EDC's complaint, which is attached as Exhibit 1 to the Appendix to this motion.  After fulfilling the P.O., International issued three invoices to CMV for the price of the Goods, as follows: (1) invoice no. 62554B dated May 7, 2012, for the sum of $157,853.75; (2) invoice no. 62571B dated May 7, 2012, for the sum of $1,454.63; and (3) invoice no. 62808 dated August 31, 2012, for the sum of $19,000 (collectively, the "Invoices").  True and correct copies of the Invoices are attached as Exhibit 2 to EDC's complaint, which is attached as Exhibit 1 to the Appendix to this motion.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as assigned to them in the accompanying Memorandum of Points and Authorities.

1

DECLARATION OF RYAN CLARK

4.     Payment of the first two invoices was due on June 6, 2012.  CMV is liable for payment of the first two invoices in the aggregate sum of $159,308.38, together with interest at the rate of 1.5% per month from June 6, 2012.  Payment of the third invoice was due on September 30, 2012.  CMV is liable for payment of the third invoice in the sum of $19,000, together with interest at the rate of 1.5% per month from September 30, 2012.

5.     Prior to the commencement of this action, International assigned all right, title, and interest in its claims against CMV relating to the Goods to Plaintiff.  A true and correct copy of the assignment between EDC and International is attached as Exhibit 2 to the Appendix.

6.     On or about October 1, 2012, CMV made a partial payment of $2,500 to International for the Goods, which was applied towards the interest owed.  As of March 20, 2014, CMV is liable to EDC for $239,731.86.  A breakdown of EDC's damages is accurately depicted on Exhibit 3 to the Appendix, which is incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of March, 2014, in Ottawa, Canada.

Ryan Clark

2

DECLARATION OF RYAN CLARK