BRADLEY D. BLAKELEY (SBN 189756)
E-Mail: bblakeley@blakeleyllp.com
DAVID M. MANNION (SBN 288627)
E-Mail: dmannion@blakeleyllp.com
BLAKELEY & BLAKELEY LLP
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Attorneys for Plaintiff,
EXPORT DEVELOPMENT CANADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, <br><br> Plaintiff, <br><br> v. <br><br> CMV ELECTRIC, INC. <br><br> Defendant. | Case No.: 5:14-cv-00174-JAK-SH <br><br> Assigned to Hon. John A. Kronstadt <br><br> **DECLARATION OF DAVID MANNION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** <br><br> Judge: Hon. John A. Kronstadt <br> Date: April 21, 2014 <br> Time: 8:30 a.m. <br> Place: 750 – 7th Floor <br>       255 East Temple Street <br>       Los Angeles, CA 90012 |

DECLARATION OF DAVID MANNION

I, David M. Mannion, hereby declare as follows:

1. I am an attorney licensed to practice law in the States of California and New York and I am associated with the law firm of Blakeley & Blakeley LLP, located at 2 Park Plaza, Irvine, California 92614, counsel to EDC[1] in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called as a witness to testify thereto, could do so competently under oath. I respectfully submit this Declaration in support of EDC's motion for default judgment against CMV.

2. As of March 20, 2014, CMV is liable to EDC for $239,731.86, which includes, among other items: (1) attorneys' fees in the amount of $7,166.17, calculated pursuant to Rule 55-3 of the Local Civil Rules for the United States District Court for the Central District of California; and (2) costs and expenses of $511.97 for the filing and service of the complaint. *See*, Appendix, Exh. 3.

3. To date, CMV has failed to answer or otherwise respond to the complaint.

4. Attached as Exhibit 1 to the accompanying Appendix is a true and correct copy of EDC's complaint against CMV. All highlighting on the accompanying exhibits has been added by the undersigned for ease of reference.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as assigned to them in the accompanying Memorandum of Points and Authorities.

1
DECLARATION OF DAVID MANNION

5. Attached as Exhibit 4 to the accompanying Appendix is a true and correct copy of emails exchanged between CMV and I since this action was filed. Settlement communications have been redacted from the aforementioned emails.

6. Attached as Exhibit 5 to the accompanying Appendix is a true and correct copy of an online record on file with the California Secretary of State relating to CMV. This record was retrieved on March 19, 2014.

7. Attached as Exhibit 6 to the accompanying Appendix is a true and correct copy of the declaration of service of the summons and complaint on CMV.

8. Attached as Exhibit 7 to the accompanying Appendix is a true and correct copy of the Certificate of Default entered against CMV on March 13, 2014.

9. On March 19, 2014, I informed CMV of EDC's intention to file this motion for default judgment. *See*, Appendix, Exh. 4, at p. 2. Due to an arithmetic error, that email overstated the amount of the default judgment EDC is seeking.

10. EDC has served a copy of this motion on CMV by first class mail and email.

11. As far as EDC is aware, no person or entity other than CMV is liable for the price of the Goods.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of March 2014, in Irvine, California.

                                              */s/ David M. Mannion*
                                              David M. Mannion

2
DECLARATION OF DAVID MANNION