UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CMV ELECTRIC, INC.<br><br>　　　　　Defendant. | Case No.: 5:14-cv-00174-JAK-SH<br><br>Assigned to Hon. John A. Kronstadt<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br><u>Judge</u>: Hon. John A. Kronstadt<br><u>Date</u>: April 21, 2014<br><u>Time</u>: 8:30 a.m.<br><u>Place</u>: 750 – 7th Floor<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

The Court, having considered the submissions and arguments concerning the motion of plaintiff Export Development Canada ("EDC") for default judgment against defendant CMV Electric, Inc. ("CMV") pursuant to Fed. R. Civ. P. 55(b)(2) and L. Civ. R. 55-1 and 55-2, finds that the relief EDC seeks is proper and necessary based on the applicable law and the undisputed material facts. Accordingly, the Court hereby

GRANTS EDC's motion for default judgment, and it is hereby ORDERED AND ADJUDGED THAT:

 (1) EDC's motion for default judgment against CMV on Count I of its Complaint for the price of goods sold and delivered under Sections 2607(1) and 2709(1)(a) of the California Uniform Commercial Code, and Count II of its Complaint for breach of contract, is GRANTED;

 (2) Judgment is entered in favor of EDC and against CMV in the sum of $239,731.86, together with post-judgment interest at the rate set forth in 28 U.S.C. § 1961, and EDC shall have immediate execution thereon;

 (3) This action is hereby dismissed in its entirety without prejudice, except that the Court shall retain non-exclusive jurisdiction for all purposes related to the enforcement of this money judgment.

Dated:_____, 2014

                _____
                Hon. John A. Kronstadt
                United States District Judge