1  BRADLEY D. BLAKELEY (SBN 189756)
   E-Mail: bblakeley@blakeleyllp.com
2  DAVID M. MANNION (SBN 288627)
3  E-Mail: dmannion@blakeleyllp.com
   BLAKELEY & BLAKELEY LLP
4  2 Park Plaza, Suite 400
5  Irvine, California 92614
   Telephone: (949) 260-0611
6  Facsimile: (949) 260-0613
7
8  Attorneys for Plaintiff,
   EXPORT DEVELOPMENT CANADA
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>              Plaintiff,<br><br>v.<br><br>CMV ELECTRIC, INC.<br><br>              Defendant. | Case No.: 5:14-cv-00174-JAK-SH<br><br>Assigned to Hon. John A. Kronstadt<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. John A. Kronstadt<br>Date: April 21, 2014<br>Time: 8:30 a.m.<br>Place: 750 – 7th Floor<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

DECLARATION OF SERVICE

I, David M. Mannion, hereby declare as follows:

1. I am an attorney licensed to practice law in the States of California and New York, and I am associated with the law firm of Blakeley & Blakeley LLP, located at 2 Park Plaza, Irvine, California 92614, counsel to EDC[1] in the above-captioned matter. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called as a witness to testify thereto, could do so competently under oath. I respectfully submit this Declaration in support of EDC's motion for default judgment against CMV.

2. On March 20, 2014, I caused the following documents to be served *via* email and first class mail on the parties on the attached service list:

- **Notice Of Motion And Motion For Default Judgment; Memorandum of Points And Authorities In Support Thereof;**
- **Declaration of Ryan Clark In Support Of Motion For Default Judgment;**
- **Declaration of David Mannion In Support Of Motion For Default Judgment;**
- **[Proposed] Default Judgment; and**
- **Appendix of Exhibits In Support Of Motion for Default Judgment (1-7).**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of March 2014, in Irvine, California.

                                               */s/ David M. Mannion*
                                               David M. Mannion

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as assigned to them in the accompanying Memorandum of Points and Authorities.

1
DECLARATION OF SERVICE

# SERVICE LIST

*Via* Email and First Class Mail

Carlos Villegas
carlos@cmvelectric.com
Jennie Davis
jennie@cmvelectric.com

CMV Electric, Inc.
Attn. Carlos Villegas
1638 Huntington Dr.
Upland, CA 91786