UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>Plaintiff,<br><br>v.<br><br>CMV ELECTRIC, INC.<br><br>Defendant. | Case No.: 5:14-cv-00174-JAK-SH<br><br>Assigned to Hon. John A. Kronstadt<br><br>**DEFAULT JUDGMENT**  **JS-6**<br><br><u>Judge</u>: Hon. John A. Kronstadt<br><u>Date</u>: April 21, 2014<br><u>Time</u>: 8:30 a.m.<br><u>Place</u>: 750 – 7th Floor<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

The Court, having considered the submissions and arguments concerning the Motion for Default Judgment ("Motion") of plaintiff Export Development Canada ("EDC") against defendant CMV Electric, Inc. ("CMV") pursuant to Fed. R. Civ. P. 55(b)(2) and L. Civ. R. 55-1 and 55-2, finds that the relief EDC seeks is proper and necessary based on the applicable law and the undisputed material facts.  Accordingly,

---

DEFAULT JUDGMENT

1 the Court hereby GRANTS EDC's Motion, and it is hereby ORDERED AND

2 ADJUDGED THAT:

3     (1)    EDC's Motion against CMV on Count I of its Complaint for the price of

4 goods sold and delivered under Sections 2607(1) and 2709(1)(a) of the California

5 Uniform Commercial Code is GRANTED;

6     (2)    Judgment is entered in favor of EDC and against CMV in the principal

7 amount of $178,308.38, together with prejudgment interest at the rate of 10% per

8 annum through April 21, 2014 in the amount of $32,810.67, attorneys' fees in the

9 amount of $7,166.17 pursuant to L. Civ. R. 55-3, and costs and expenses of $511.97,

10 making in all the sum of $216,297.18, and EDC shall have immediate execution

11 thereon;

12     (3)    Post-judgment interest shall continue to accrue on the foregoing amount at

13 the rate set forth in 28 U.S.C. § 1961;

14     (4)    This action is hereby dismissed in its entirety without prejudice, except that

15 the Court shall retain non-exclusive jurisdiction for all purposes related to the

16 enforcement of this money judgment.

17

18 Dated: April 30, 2014

19                                                                   

20                                Hon. John A. Kronstadt
                               United States District Judge

21